IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODERICK BODIFORD**                                                      **PETITIONER**

**V.**                                              **CIVIL ACTION NO. 3:16-CV-864-HTW-LRA**

**WARDEN M. SHULTZ**                                            **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Said document was filed on November 18, 2019. **[Docket no. 15]**. To date, no written objections to the proposed findings, conclusions, and recommendation contained within the Magistrate Judge's Report and Recommendation have been filed. This Court, therefore, finds the Report and Recommendation **[Docket no. 15]** is well-taken and hereby **ADOPTS** the same as the order of this Court.

Further, this Court hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 18th day of December, 2019.**

                                                    **/s/HENRY T. WINGATE**
                                                    **UNITED STATES DISTRICT COURT JUDGE**